UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY R. BOGROFF,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-01601-APG-NJK<br><br>**ORDER** |

On August 27, 2015, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 2. Plaintiff has now filed an amended complaint. Docket No. 4. The Court has screened the amended complaint pursuant to 28 U.S.C. § 1915(e). The Court finds that the amended complaint has sufficiently addressed the previously-identified deficiencies for purposes of screening the complaint.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk of the Court shall serve the Commissioner of the Social Security Administration by sending a copy of the summons and Amended Complaint by certified mail to: (1) Office of Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St., Suite 899, San Francisco, California 94105-1545; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530.

2. The Clerk of Court shall issue summons to the United States Attorney for the District of Nevada and deliver the summons and Amended Complaint to the U.S. Marshal for service.

3. From this point forward, Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the defendants or counsel for the defendants. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

IT IS SO ORDERED.

Dated: September 9, 2015.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE