UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TAMMY R. BOGROFF,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 2:15-cv-01601-APG-NJK<br><br>**ORDER ON STIPULATION TO DISMISS CASE**<br><br>(Dkt. #12) |

In light of the parties' stipulation (Dkt. #12), this case is DISMISSED.

DATED this 6th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE